FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.: CR 95-341-CAS |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| KRIS ANGELOV | ) | 18 U.S.C. 3143(a)] |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [~~supervised~~ pretrial release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)   The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1  based on _lack of background information provided,_
2  _defendant is illegal, nature of charge,_
3  _absconded from supervision._
4  _____
5  and/or
6  B.  [X]  The defendant has not met his/~~her~~ burden of establishing by
7      clear and convincing evidence that he/~~she~~ is not likely to pose
8      a danger to the safety of any other person or the community if
9      released under 18 U.S.C. § 3142(b) or (c). This finding is based
10     on _the instant offense (threats + economic danger)._
11     _____
12     _____
13     _____
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15     the further revocation proceedings.
16
17  DATED: _September 13, 2010_
18
19                          _____
20                          Carla M. Woehrle
                            United States Magistrate Judge

Deten[2].ord                           2